IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| D.K. and A.K.,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH and ALCATEL-LUCENT MEDICAL EXPENSE PLAN FOR ACTIVE MANAGEMENT EMPLOYEES,<br><br>  Defendants. | JUDGMENT<br><br>Case No. 2:17-CV-01328-DAK<br><br>Judge Dale A. Kimball |

  This matter is before the court on the parties' Cross-Motions for Summary Judgment (ECF No. 75, 77.) In the court's Memorandum Decision and Order, dated June 23, 2021, the court awarded Plaintiffs summary judgment on their ERISA claim and denied their claim under the Mental Health Parity and Addiction Equity Act (29 U.S.C. §1132(a)(3)). Accordingly, Defendants are ordered to pay for A.K.'s treatment at Discovery and Plaintiffs' Mental Health Parity and Addiction Equity Act claim is denied and dismissed with prejudice. This action is closed.

  DATED this 22nd day of June, 2021.

                BY THE COURT:

                */s/ Dale A. Kimball*

                DALE A. KIMBALL
                United States District Judge