# EXHIBIT A

Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| D.K. and K.K., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED BEHAVIORAL HEALTH and ALCATEL-LUCENT MEDICAL EXPENSE PLAN for ACTIVE MANAGEMENT EMPLOYEES, <br><br> Defendants. | SECOND DECLARATION OF BRIAN S. KING <br><br><br> Civil No. 2:17-cv-01328 DAK-JCB |

**SECOND DECLARATION OF BRIAN S. KING**

1. I submit this second declaration in support of an award of attorney fees by the Court for time expended in defending the appeal to the Tenth Circuit by Defendants this Court's decision in this case and as a supplement to the information provided in ECF Doc. No. 100-3.

2. I am an attorney over the age of 18 years, a member in good standing of the Utah State Bar, am competent to provide this testimony and I have personal knowledge of the matter of which I testify.

3. The appeal in this case involved more work than in many cases involving defense of a district court's ruling because both amicus briefs were filed in support of appellants and appellees arguments.

4. In addition, the Tenth Circuit granted the opportunity to provide oral argument for the case and preparation time and travel was involved for that.

5. My current hourly rate for representation of ERISA plaintiffs on a non-contingent fee basis is $600 per hour.

6. The $600 rate represents not just a rate at which I charge but one at which I regularly collect a fee. I rarely reduce or cut to any degree my hourly rate below $600 an hour when I do work on an hourly basis.

7. In addition to my own time working on the appeal of this case, my associate, Tera J. Peterson, was primarily responsible for drafting the appellees' brief and researching the law associated with that brief.

8. Ms. Peterson is a licensed member of the Utah state bar and before joining my law firm worked for many years in the Attorney General's Criminal Appellate Division. She was very experienced and competent in drafting appellate pleadings and addressing appellate practices and procedures.

9. Ms. Peterson's billing rate in 2021 and 2022 when the case was on appeal was $300 an hour.

10. The firm's attorneys keep track of the time for cases the law firm handles, including contingent fee cases. A record of the work Ms. Peterson and I performed in this matter is attached at the conclusion of this declaration.

11. Tera Peterson's total hours working on the appeal of this case are 178.1. Multiplied by her reasonable hourly rate of $300, the award of attorney fees I am requesting for Ms. Peterson's time is $53,430.

12. The total hours for the appellate work on this case for me are 54.2. Multiplied by my reasonable hour rate of $600, the award of attorney fees I am requesting for my time is $32,520.

13. The total amount Plaintiffs seek as an award for the appellate work on this case is $85,950.

14. I believe the time the firm put into the case was necessary to obtain the results we realized in the case and was reasonable and appropriate under the circumstances of this case.

15. I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746(2).

DATED this 11th day of August, 2023.

                                                s/Brian S. King
                                              Brian S. King

**Time Records for Tera Peterson in D.K. & A.K. v. United Behavioral Health, et.al., Appeal before Tenth Circuit, case # 21-4088**

| Date | Description | Hours |
|---|---|---|
| 2021.11.12 | Reviewed docketing statement and 10th Cir. Docket & pleadings: | 0.3 |
| 2022.1.6 | Continued reviewing docket and pleadings: | 0.5 |
| 2022.1.10 | Read and outlined appellant's brief; began reviewing record, | 3.8 |
| 2022.1.11 | Continued reviewing record, including district court's decision, reviewed local 10th Cir. court rules, began drafting brief with correct captions and required sections/certificates: | 4.3 |
| 2022.1.12 | Continued reviewing record: | 3.0 |
| 2022.1.13 | Researched record on appeal, appendices, appellant's burdens, and local rules; learned how to prepare our appendix and what needs to be in it; researched appellant's burden of persuasion and production on appeal: | 5.3 |
| 2022.1.14 | Reviewed what is in appellant's appendix and compared to rules/caselaw about what should be in record & what was presented to district court, strategized our response, prepared memo re: how to handle appellant's deficiencies: | 5.1 |
| 2022.1.20 | Reviewed pleadings below and transcript for preservation, began research: | 5.4 |
| 2022.1.21 | Research standard of review on appeal for ERISA case, full and fair review: | 4.9 |
| 2022.1.24 | Researched Plan interpretation, medical necessity cases: | 3.5 |
| 2022.1.25 | Continued drafting brief: outlined UBH's arguments, began reading UBH's and district court's cases: | 3.5 |
| 2022.1.26 | Continued to read UBH's cases and researched whether still good law, distinguishable etc.: | 5.7 |
| 2022.1.27 | Continued researching: remedies and remands, affirming on alternative grounds: | 5.5 |
| 2022.1.28 | 30 minute phone call with K. parents, researched arbitrary and capricious standard, attorneys fees on appeal and in district court: | 4.0 |
| 2022.1.31 | Drafting brief: Statement of Case, Reviewed app. Rules & 10th Cir. Rules on brief requirements: | 6.1 |
| 2022.2.1 | Drafting brief: Statement of Case: | 6.3 |

| Date | Description | Hours |
|---|---|---|
| 2022.2.2 | Drafting brief: Statement of Issues, Section I: | 6.7 |
| 2022.2.3 | Drafting brief: Section I, Section II A.: | 7.0 |
| 2022.2.4 | Reviewed FRAP, Drafted motion to extend, spoke to K. family re: extension: | 5.4 |
| 2022.2.7 | Drafting brief: Section I, Section II A.: | 7.0 |
| 2022.2.8 | Drafting brief: Section I, researched supp. Appendices and whether D preserved arguments below: | 11.0 |
| 2022.2.9 | 6 min. phone call with K. parents, drafting brief: issue statement, II.B.: | 6.7 |
| 2022.2.10 | Drafting brief: Section II.B, Section II.C: | 13.1 |
| 2022.2.11 | Drafting brief: Section II.C, Section II.D, Section III, conclusion: | 6.0 |
| 2022.2.14 | Began preparing supp. appendix, double checking what D included, what we need to include and locating it in record & docket, & noting record cites to prepare appendix: | 4.0 |
| 2022.2.15 | Worked with Elizabeth and Becca to prepare supp. appendix, formatted, verified correct documents are included and are in chronological order; edited appendices; prepared cover sheets; talked w/ SL Legal and downloaded docs for appendices: | 11.7 |
| 2022.2.16 | review, edit, and finalize Appellees Brief; 6 min. phone call with K. parents, incorporated edits from Brian, K.'s, Sam & Brent, revised draft, put in appendix citation, worked with SL Legal on appendix, drafted summary, prepared tables & certificates, proofread: | 14.1 |
| 2022.2.17 | Motion to correct appendix, extend reply deadline, prepare and file brief and appendix: | 2.4 |
| 2022.2.18 | prepare and file corrected brief: | 3.4 |
| 2022.2.23 | Reviewed counsel's correspondence and D's motion to correct appendix, researched rules for responding and law on correcting, began drafting opposition: | 4.5 |
| 2022.2.24 | Reviewed DOL's amicus brief and court's order on briefing for motion to correct: | .9 |
| 2022.2.25 | Finished drafting opposition to motion to correct appendix: | 1.1 |

| Date | Description | Hours |
|---|---|---|
| 2022.2.28 | Reviewed co-counsel edits/suggestions to opp to motion to correct appendix, made edits, proofread, formatted for filing: | 0.7 |
| 2022.4.20 | Read/analyzed Defendant's reply brief and ERISA Industry Committee's amicus brief and emailed evaluation to co-counsel | 1.1 |
| 2022.5.18 | Researched appellate rules for notifying court of death of A.K.: | 1.3 |
| 2022.7.11 | received Oral Argument calendar notice and calendar | .2 |
| 2022.9.29 | Reviewed/analyzed decision in Theo M. (case no 2:19-cv-00364); reviewed F.R.App.P. 28(j), drafted 28(j) letter: | 0.7 |
| 2022.10.11 | Reviewed/analyzed D's response to our 28(j) letter: | 0.3 |
| 2022.10.24 | Moot court for oral argument: | 1.6 |

**Total Hours for Tera Peterson: 178.1**


**Time Records for BSK in D.K. & A.K. v. United Behavioral Health, et.al., Appeal before Tenth Circuit, case # 21-4088**

| Date | Description | Hours |
|---|---|---|
| 10/15/21: | phone call w/ defense counsel re: extension of time for filing appellants brief: | .2 |
| 11/4/21: | t/c with DOL re: filing amicus brief in case; email to Tera: | .9 |
| 11/6/21: | email to and from clients re: status of appeal | .6 |
| 12/7/21: | emails to and from Amanda Berman re: filing of brief and appendix and consent to file under seal: | .2 |
| 12/9/21: | review United's opening brief (2.6); email to clients re: brief (.2): | 2.8 |
| 12/30/21: | draft and file motion to extend time for filing brief: | .6 |
| 1/26/22: | conference with TP re: second extension for filing brief | .2 |
| 2/4/22: | draft and file second extension for time to file brief | .3 |
| 2/11/22: | review and revise draft of our brief: | 3.1 |
| 2/15/22: | review and edit draft brief: | 1.6 |

| Date | Description | Hours |
|---|---|---|
| 2/16/22: | revise, final edits for brief: | 1.2 |
| 2/17/22: | conference with TP re: need for filing corrected brief: | .4 |
| 2/18/22: | t/c with defense counsel re: extension in time for filing reply brief: | .2 |
| 2/24/22: | review amicus brief filed by DOL: | 2.3 |
| 2/26/22: | edits to draft memo in opposition to motion to correct appendix: | .5 |
| 4/13/22: | emails to and from Michael Kimberly re: consent for ERISA Industry Committee to file amicus brief: | .2 |
| 4/19/22: | review Reply brief from United: | 2.0 |
| 4/21/22: | review amicus brief from ERIC: | 1.8 |
| 7/8/22: | email re: notice of oral argument date, calendar date: | .2 |
| 7/16/22: | email with clients re: attendance at oral argument: | .4 |
| 7/18/22: | t/c with Sanna at DOL re: splitting oral argument time: | .3 |
| 8/31/22: | review oral argument notice: | .2 |
| 9/11/22: | email to and from clients re: location of oral argument: | .3 |
| 9/22/22: | review notice of change in location for oral argument (.2); prepare supplemental authority letter (.5): | .7 |
| 10/11/22: | read United response to supplemental authority letter: | .2 |
| 10/22/22: | review briefs and prepare outline for oral argument: | 4.6 |
| 10/24/22: | moot court argument with TP, SH, and BN: | 2.2 |
| 10/25/22: | prepare and file notice of death (.9); prepare for oral argument (2.3): | 3.2 |
| 10/26/22: | travel to Denver for oral argument: | 2.5 |
| 10/27/22: | prepare for and present oral argument (2.5); travel home to SLC (2.0): | 4.5 |
| 4/22/23: | telephone conference with David and Kathleen re: severance agreement with Nokia: | 1.2 |
| 4/30/23: | email to David and Kathleen re: proposed language for severance agreement: | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 5/15/23: | review decision from Tenth Circuit: | 2.2 |
| 5/18/23: | emails from and to United's counsel re: request for extension for rehearing petition: | .2 |
| 5/20/23: | emails from and to clients re: petition for rehearing: | .3 |
| 6/16/23: | review petition for rehearing and for rehearing en banc: | 1.4 |
| 6/22/23: | email from and to clients re: latest filing: | .4 |
| 8/1/23: | review order denying petition for rehearing and rehearing en banc; email to clients re: Tenth Circuit order: | .5 |
| 8/10/23: | prepare motion for supplemental award of fees (2.0); research re: Tenth Circuit local rule 39.2 re: motion for attorney fees (.5): | 2.5 |
| 8/11/23: | collect hours for TP and BSK and prepare declaration in support of fees (2.3); finalize and file Motion for Award of Attorney Fees for appellate work (2.8): | 5.1 |

**Total Hours for Brian King:** **54.2**

**Total for Tera Peterson and Brian King:** **232.3**